41 So.2d 924

**Alfred (alias A. V.) SKELTON v. STATE.**
**6 Div. 759.**

Court of Appeals of Alabama.
May 3, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

41 So.2d 924

**·Alfred (alias A. V.) SKELTON v. STATE.**
**6 Div. 760.**

Court of Appeals of Alabama.
· May 3, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 205

**Robert SKINNER v. STATE.**
**6 Div. 683.**

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

38 So.2d 205

**Willie James SMART v. STATE.**
**4 Div. 81.**

Court of Appeals of Alabama.
Nov. 9, 1948.

A. A. Carmichael, Atty. Gen., for the State.
Affirmed.

39 So.2d 926

**Leon M. SMITH v. STATE.**
**7 Div. 988.**

Court of Appeals of Alabama.
Feb. 22, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

39 So.2d 926

**Leon M. SMITH v. STATE.**
**7 Div. 989.**

Court of Appeals of Alabama.
Feb. 22, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.